UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES M. MATHENY, PALMETTO GREENS DEVELOPMENT COMPANY, LLC and CAROLINA SHORES GOLF & COUNTRY CLUB, LLC, <br>     Plaintiff, <br><br> v. <br><br> The FEDERAL DEPOSIT INSURANCE CORPORATION, INC, WASSAMAW BANKSHARES, INC., ALAN W. THOMPSON, RICHARD C. NORRIS, GEOFFREY R. HOPKINS, and JAMES M. GRAHAM, <br>     Defendant. | **JUDGMENT IN A CIVIL CASE** <br><br> **CASE NO. 7:15-CV-29-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** the court GRANTS defendants' motions to dismiss [D.E. 24, 32, 37] and DENIES plaintiffs' motion to remand [D.E. 35]. The complaint is DISMISSED without prejudice.

SO ORDERED. This 16th day of February, 2016.

**This Judgment Filed and Entered on February 16, 2016, and Copies To:**

| | |
|---|---|
| Byron L. Saintsing | (via CM/ECF Notice of Electronic Filing) |
| Connie Elder Carrigan | (via CM/ECF Notice of Electronic Filing) |
| Jeffrey Masaaki Kelly | (via CM/ECF Notice of Electronic Filing) |
| Brandon S. Neuman | (via CM/ECF Notice of Electronic Filing) |
| Robert R. Long, IV | (via CM/ECF Notice of Electronic Filing) |
| Ryan P. Ethridge | (via CM/ECF Notice of Electronic Filing) |
| Gregg E. McDougal | (via CM/ECF Notice of Electronic Filing) |
| Richard Anthony McAvoy | (via CM/ECF Notice of Electronic Filing) |

| | |
|---|---|
| DATE: <br> February 16, 2016 | JULIE RICHARDS JOHNSTON, CLERK <br> (By) /s/ Nicole Briggeman <br> Deputy Clerk |